# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-14-00047-CR
_____

**ZENOBIA BEAN GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 12-14814

## MEMORANDUM OPINION

Zenobia Bean Green appealed from a sentence pronounced on November 18, 2013. The notice of appeal was filed on December 31, 2013, more than thirty days from the date of sentencing. We notified the parties that the notice of appeal did not appear to have been timely filed. We received no response.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that the appellant obtained an out-of-time appeal

1

from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Opinion Delivered March 26, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.